# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143137 & (29)(30)

KELVIN DAVID MOFFIT, MICHAEL
ALLEN SLIS, ANTHONY WOOTEN,
and ANTHONY LAMAR MARTIN,
      Plaintiffs-Appellants,

v

ATTORNEY GENERAL and MISSAUKEE
COUNTY PROSECUTOR,
      Defendants-Appellees.

SC: 143137
COA: 300706
Missaukee CC: 2010-007521-CZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

0829